**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| MELISSA HOLMAN, | ) | CASE NO: 3:20CV0556 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | **REPORT & RECOMMENDATION** |
| | ) | |

This case is before the undersigned United States Magistrate Judge pursuant to an automatic referral under Local Rule 72.2(b) for a Report and Recommendation.

Plaintiff Melissa Holman, *pro se*, filed a Complaint in this Court on March 13, 2020, challenging the final decision of Defendant, Andrew Saul, Commissioner of Social Security ("Commissioner"), denying her application for disability benefits under the Social Security Act, 42 U.S.C. §1381 *et seq.* ("Act"). (Doc. No. 1.)

On May 19, 2020, the Court issued an Initial Briefing Order directing (among other things) that (1) Defendant's Answer and Transcript shall be filed within sixty days of service of the Complaint; (2) Plaintiff's Brief on the Merits shall be filed within thirty days of the filing of the Answer and Transcript; and (3) Defendant's Brief shall be filed within thirty days of the filing of Plaintiff's Brief. (Doc. No. 5.)

The Commissioner thereafter filed her Answer and Transcript on July 22, 2020,[1] making Plaintiff's Brief on the Merits due on August 24, 2020. (Doc. Nos. 8, 9.) Plaintiff did not timely file her Brief on August 24, 2020, nor did she file a motion for extension of time to do so.

On September 3, 2020, the Court issued an Order directing Plaintiff to file her brief by no later than September 16, 2020. (Doc. No. 10.) The Court warned Plaintiff that failure to timely file her brief may result in sanctions, up to and including a recommendation of dismissal in this case. Plaintiff did not timely file her brief on September 16, 2020, nor did she file a motion for extension of time to do so. Therefore, it is recommended that the Court DISMISS Plaintiff's Complaint for failure to comply with the Orders of this Court.

IT IS SO RECOMMENDED.

Date: October 19, 2020    s/ *Jonathan D. Greenberg*
Jonathan D. Greenberg
U.S. Magistrate Judge


**OBJECTIONS**
**Any objections to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days after the party objecting has been served with a copy of this Report and Recommendation. 28 U.S.C. § 636(b)(1). Failure to file objections within the specified time may waive the right to appeal the District Court's order.** ***See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981);** ***Thomas v. Arn*, 474 U.S. 140 (1985),** *reh'g denied***, 474 U.S. 1111 (1986).**

---

[1] The Commissioner served a copy of the Answer on Plaintiff by regular mail. (Doc. No. 8.)